1  Tanya E. Moore. SBN 206683
   MOORE LAW FIRM, P.C.
2  300 South First Street, Suite 342
   San Jose, California  95113
3  Telephone (408) 298-2000
   Facsimile (408) 298-6046
4  E-mails: tanya@@moorelawfirm.com;
   service@moorelawfirm.com
5
   Attorney for Plaintiff,
6  Darren Gilbert

7                    **UNITED STATES DISTRICT COURT**

8                    **EASTERN DISTRICT OF CALIFORNIA**

9

10 | DARREN GILBERT, | ) | Case No. 1:22-cv-00840-ADA-SKO |
   |---|---|---|
   | Plaintiff, | ) ) ) | **NOTICE OF VOLUNTARY DISMISSAL OF ENTIRE ACTION** |
   | vs. | ) ) | |
   | AMANAT, INC. dba JACK IN THE BOX #502; AKAASHAMAN LLC; | ) ) ) ) | |
   | Defendants. | ) ) ) ) | |

18     WHEREAS, Defendants have not filed an answer or motion for summary judgment;

19     WHEREAS, Plaintiff and Defendants have settled the matter;

20     WHEREAS, no counterclaim has been filed;

21     Plaintiff hereby dismisses this action with prejudice in its entirety pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

23

24 Date: September 28, 2022                MOORE LAW FIRM, P.C.

25
                                           */s/ Tanya E. Moore*
26                                         Tanya E. Moore
                                           Attorney for Plaintiff,
27                                         Darren Gilbert

28