UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARREN GILBERT,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>AMANAT, INC., et al.,<br><br>　　　　Defendants. | No.  1:22-cv-00840-ADA-SKO<br><br>ORDER DIRECTING THE CLERK OF COURT TO CLOSE THE CASE<br><br>(Doc. 7) |

On September 28, 2022, Plaintiff filed a "Notice of Voluntary Dismissal of Entire Action," in which Plaintiff notifies the Court that this case is voluntarily dismissed with prejudice. (Doc. 13.) Plaintiff filed this notice before the opposing parties served either an answer or a motion for summary judgment. As such, Plaintiff has voluntarily dismissed this matter with prejudice pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure. The Court therefore DIRECTS the Clerk of Court to close this case.

IT IS SO ORDERED.

Dated:　**September 29, 2022**　　　　　　/s/ *Sheila K. Oberto*　　　　
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE